David A. Chami, Esq. AZ #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
P: 818-600-5515
F: 818-600-5415
E: david@pricelawgroup.com
*Attorney for Plaintiff*
*Mohammed S. Patwary*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed S. Patwary,<br><br>            Plaintiff,<br>   vs.<br><br>Gurstel Law Firm, P.C. f/k/a Gurstel Chargo, P.A.<br><br>            Defendant. | Case No.: 2:18-cv-00953-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff, Mohammed S. Patwary, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Defendant, Gurstel Law Firm, P.C. f/k/a Gurstel Chargo, P.A. with prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 6th day of June 2018.

|   |   |
|---|---|
| 1 | **PRICE LAW GROUP, APC** |
| 2 | |
| 3 | By:  /s/David A. Chami |
| 4 | David A. Chami, Esq. AZ #027585<br>P: 818-600-5515 |
| 5 | E: david@pricelawgroup.com<br>*Attorney for Plaintiff* |
| 6 | *Mohammed S. Patwary* |

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/* Elizabeth Nanez